# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| ANTHONY BLAKE LOWREY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 3:11-CV-8-CDL |
| | : | |
| ATTORNEY GENERAL, State of Georgia | : | |
| | : | |
| Defendant. | : | |

## RECOMMENDATION OF DISMISSAL

On December 20, 2010, Plaintiff filed a "Notice of Constitutional Question" along with a request to proceed without prepayment of the $350.00 filing fee. Plaintiff, however, failed to attach a certified copy of his prison trust account statement with his motion to proceed *in forma pauperis* ("IFP"). On January 31, 2011, the Court ordered Plaintiff to file a certified copy of his trust account statement and a copy of his inmate trust fund balance for the previous six-month period so that the Court could make a determination as to whether Plaintiff was entitled to proceed IFP. (Order 1-2, Jan. 31, 2011, ECF No. 4.) In that Order, the Court also directed Plaintiff to file an amended complaint either on the proper form for a complaint pursuant to 42 U.S.C. § 1983 or which conforms to the pleading requirements of Federal Rules of Civil Procedure Rule 8. Plaintiff has failed to comply with the Court's January 31, 2011 Order.

Although Plaintiff filed a "Notice of Constitutional Question Supplemental" (ECF No.

5) on February 2, 2011, this document does not comply with the pleading requirements of Rule 8 as it fails to "contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief;[or] (3) a demand for the relief sought[.]"  In fact, it is unclear from the face of Plaintiff's pleading what type of claim he is asserting, against whom he is asserting that claim, what alleged facts occurred that would entitle him to relief, and what injury he is claiming occurred.  The Court therefore recommends dismissal of Plaintiff's action without prejudice.

WHEREFORE, IT IS HEREBY **RECOMMENDED** that the Plaintiff's action be **DISMISSED** for Plaintiff's failure to comply with the Court's January 31, 2011 Order.  Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff may file objections to this Recommendation in writing with the UNITED STATES DISTRICT COURT within FOURTEEN (14) DAYS after being served with a copy hereof.

**SO RECOMMENDED**, this 9th day of March, 2011.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE