IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ANTHONY BLAKE LOWREY, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:11-CV-8 (CDL) |
| Attorney General, State of Georgia, | * |
| | * |
| Defendant | * |

<u>ORDER ON RECOMMENDATION</u>

  This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on March 9, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

  IT IS SO ORDERED, this 12th day of April, 2011.

<u>s/Clay D. Land</u><br>
CLAY D. LAND<br>
UNITED STATES DISTRICT JUDGE